UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| GERALD TAYLOR, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>LIFE PARTNERS HOLDINGS, INC., BRIAN D. PARDO, NINA PIPER, DAVID M. MARTN and R. SCOTT PEDEN,<br><br>    Defendants. | § § § § § § § § § § § § § § § | Civil Action No.2:11-CV-00018-AM<br><br>CLASS ACTION |
| SELMA STONE, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>BRIAN D. PARDO, DAVID M. MARTIN, NINAPIPER, R. SCOTT PEDEN, LIFE PARTNERSHOLDINGS, INC., and LIFE PARTNERS INC.,<br><br>    Defendants. | § § § § § § § § § § § § § § § | Civil Action No.6:11-CV-0027-AM<br><br>CLASS ACTION |

*[Caption Continued on Following Page]*

---

NOTICE OF MOTION AND MOTION TO CONSOLIDATE RELATED CASES, TO APPOINT
STEWART SCOTHORN AS LEAD PLAINTIFF, AND TO APPROVE THE
SELECTION OF LEAD AND LOCAL LIAISON COUNSEL

| | |
|---|---|
| JEREMY GOAD, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>v.<br><br>LIFE PARTNERS HOLDINGS, INC., BRIAN D. PARDO, DAVID M. MARTIN, and NINA PIPER,<br><br>       Defendants. | Civil Action No.6:11-cv-00030-AM<br><br>CLASS ACTION |
| JOY DITTBERNER, On Behalf of Herself and All Others Similarly Situated,<br><br>       Plaintiffs,<br><br>v.<br><br>LIFE PARTNERS HOLDINGS, INC., DAVID M. MARTIN, BRINA PARDO, R. SCOTT PEDEN, and NINA PIPER,<br><br>       Defendants. | Civil Action No.6:11-cv-00038-AM<br><br>CLASS ACTION |
| DAVID G. SANTACROCE, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>v.<br><br>LIFE PARTNERS HOLDINGS, INC., BRIAN D. PARDO, DAVID M. MARTIN, and NINA PIPER,<br><br>       Defendants. | Civil Action No.6:11-cv-00047-AM<br><br>CLASS ACTION |

PLEASE TAKE NOTICE that pursuant to the Lead Plaintiff provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), codified as Section 27(a)(3) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3) (2007), and/or Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3) (2007), Class Member, Stewart Scothorn ("Scothorn" or "Movant") will and hereby does move the Honorable Alia Moses, United States District Court, Western District of Texas, 111 East Broadway, Room L100, Del Rio, Texas 78840, for an order consolidating the above-captioned matters, appointing Scothorn as Lead Plaintiff in these actions against Life Partners Holdings, Inc. ("LPHI" or "Company") and certain of its senior officers, and approving Scothorn's selection of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel and Shields, Britton & Fraser, P.C. ("SB&F") as Local Liaison Counsel.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in Support Thereof, the Affidavit and Declaration of Reed R. Kathrein in Support of this Motion (all filed concurrently herewith), the pleadings on file in this action, oral argument and such other matters as the Court may consider in hearing this motion.

Scothorn makes this Motion on the belief that Movant is the most "adequate plaintiff" as defined in the PSLRA because:

1. Scothorn has the largest known financial interest in the relief sought by the Class. Movant has incurred substantial losses as a result of Movant's purchase and/or acquisition of shares of LPHI's securities; and

2. Scothorn satisfies the typicality and adequacy requirements of Federal Rule Civil Procedure 23.

Scothorn further requests that the Court approve his selection of Hagens Berman as Lead Counsel for the Class and SB&F as Local Liaison Counsel. Hagens Berman is a nationally recognized law firm with significant class action, fraud and complex litigation experience, and has the resources to efficiently, effectively and properly pursue this action. SB&F and John D.

Fraser are admitted to practice in all District and Federal courts within the State of Texas, including the Western District of Texas.

For all of the foregoing reasons, Scothorn respectfully requests that this Court: (1) consolidate the above-captioned cases; (2) appoint Movant to serve as Lead Plaintiff in this action; (3) approve Movant's selection of Lead Counsel and Local Liaison Counsel for the Class; and (4) grant such other and further relief as the Court may deem just and proper.

DATED: April 4, 2011

Respectfully submitted,

SHIELDS, BRITTON & FRASER, P.C.

By /s/ John D. Fraser
JOHN D. FRASER

5401 Village Creek Drive
Plano, TX 75093
State Bar #: 07393550
Telephone: (469) 726-3070
Facsimile: (972) 788-4332
E-mail: Jfraser@sbflegal.com

*Proposed Local Liaison Counsel for Proposed Lead Plaintiff and the Class*

Steve W. Berman
Washington State Bar # 12536
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Reed R. Kathrein
California State Bar #: 139304
Peter E. Borkon
California State Bar #: 212596
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

Proposed Lead Counsel for Proposed Lead Plaintiff and The Class Application for Admission Pro Hac Vice in Process

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/
_____
JOHN D. FRASER

# Mailing Information for a Case 6:11-cv-00026-AM

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Derek T. Gilliland**
  dgilliland@nixlawfirm.com,moniking@nixlawfirm.com,hollyjohnson@nixlawfirm.com

- **William W. Johnston**
  Wilsonj59@aol.com,deborah@johnstonjohnston.com,staff@johnstonjohnston.com

- **Hamilton Philip Lindley**
  hlindley@goldfarbbranham.com,bhamilton@goldfarbbranham.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Jeffrey John Angelovich
Nix Law Firm
205 Linda Drive
Daingerfield, TX 75638

Bradley Earl Beckworth
Nix Patterson  Roach LLP
205 Linda Drive
Daingerfield, TX 75638

Adrienne O. Bell
BARROWAY TOPAZ KESSLER MELTZER & CHECK LLP
280 King Of Prussia Road
Radnor, PA 19087

D. Seamus Kaskela
BARROWAY TOPAZ KESSLER MELTZER & CHECK LLP
280 King of Prussia Road
Radnor, PA 19087

David M. Promisloff
BARROWAY TOPAZ KESSLER MELTZER & CHECK LLP
280 King of Prussia Road
Radnor, PA 19087

Brad Edward Seidel
Nix Patterson & Roach LLP
205 Linda Drive
Daingerfield, TX 75638
```

# Mailing Information for a Case 6:11-cv-00027-AM

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Roger F. Claxton**
  roger@claxtonlaw.com

- **Will R. Daugherty**
  William.R.Daugherty@bakernet.com,pam.savage@bakernet.com

- **Laura J. O'Rourke**
  laura.j.orourke@bakernet.com,pam.savage@bakernet.com

- **Elizabeth L. Yingling**
  elizabeth.yingling@bakermckenzie.com,pam.savage@bakermckenzie.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Lester R. Hooker
Saxena White, P.A.
2424 North Federal Highway
Suite 257
Boca Raton, FL 33431

Joseph E. White                                                            , III
Saxena White P.A.
2424 North Federal Highway
Suite 247
Boca Raton, FL 33431
```

# Mailing Information for a Case 6:11-cv-00030-AM

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Willie C. Briscoe**
  wbriscoe@thebriscoelawfirm.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 6:11-cv-00038-AM

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Rodney Scott Goble**
  Rod_Vik@yahoo.com,Goblelaw@aol.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Gregory Mark Nespole
Wolf, Haldenstein, Adler, Freeman & Herz L.L.P.
270 Madison Avenue
New York, NY 10016
```

# Mailing Information for a Case 6:11-cv-00047-AM

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **John Henry Crouch, IV**
  jhc@kilgorelaw.com,dah@kilgorelaw.com

- **Wilmer D. Masterson, III**
  wdm@kilgorelaw.com,lmm@kilgorelaw.com,dlp@kilgorelaw.com

- **Elizabeth L. Yingling**
  elizabeth.yingling@bakermckenzie.com,pam.savage@bakermckenzie.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Theodore C. Anderson                                                    , III
Kilgore & Kilgore
3109 Carlisle Street
Dallas, TX 75204

Peretz Bronstein
Bronstein Gerwitz & Grossman
60 East 42nd Street
Suite 4600
New York, NY 10165

Patrick V. Dahlstrom
Pomerantz Haudek Block Grossman & Gross LLP
One North LaSalle Street, Suite 2225
Chicago, IL 60602

Marc I. Gross
Pomerantz Haudek Block Grossman & Gross LLP
100 Park Avenue, 26th Floor
New York, NY 10017

Jeremy A. Lieberman
Pomerantz Haudek Grossman & Gross, LLP
100 Park Avenue
26th Floor
New York, NY 10017-5516
```